# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00319-CR

### In re Richard Johnson

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator Richard Johnson's "Motion to Impliment [sic] Writ of Mandamus" filed on September 5, 2025, is DENIED.

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  September 11, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition Denied
Do Not Publish
OT06

